UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 11-00888 DMG (Ex)** | Date | February 14, 2011 |
|---|---|---|---|

| Title | ***GB Inland Properties LLC v. Arnoldo Ruiz, et al.*** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

On November 30, 2010, Plaintiff GB Inland Properties, LLC ("GB Inland") filed a complaint in Los Angeles County Superior Court against Defendant Arnoldo Ruiz and Doe defendants 1 through 10 for unlawful detainer. Defendant removed this case to federal court on January 28, 2011, both on the basis of diversity of citizenship, 28 U.S.C. § 1332, and under the civil rights removal statute, 28 U.S.C. § 1443(1). On February 3, 2011, the Court issued an Order to Show Cause ("OSC") [Doc. #3] why this action should not be remanded on the grounds that (1) the amount in controversy is less than the jurisdictional minimum for diversity jurisdiction; (2) Defendant does not identify a federal constitutional right that the California courts will not enforce; and (3) removal was untimely.

Defendant did not respond to the OSC and the deadline to do so—February 10, 2011—has now passed. Therefore, this action is hereby **REMANDED** to Los Angeles County Superior Court for the reasons discussed in the OSC.

**IT IS SO ORDERED.**